# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| In the Matter of the Personal Restraint of:<br><br>BRUCE CLIVE GINGRICH,<br><br><div align="right">Petitioner.</div> | No. 60344-6-II<br><br>ORDER GRANTING MOTION<br>FOR RECONSIDERATION,<br>ORDER WITHDRAWING<br>OPINION |

Petitioner, Bruce C. Gingrich, filed a motion for reconsideration of this court's unpublished opinion filed on December 16, 2025. After consideration, it is hereby

**ORDERED** that the motion for reconsideration is granted. This court's unpublished opinion filed on December 16, 2025 is withdrawn. It is further

**ORDERED** that a new opinion will be filed in due course.

FOR THE COURT: Jj. Lee, Glasgow, Veljacic

_____
Lee, Judge